Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi, Esq. (SBN: 13703)
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

*Attorneys for Plaintiff Kamiliha Brewster*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Kamiliha Brewster, | Case No: 2:16-cv-02793-APG-VCF |
| --- | --- |
| Plaintiff, | **Stipulation of Dismissal** |
| v. | |
| Credit Control, LLC, | **ORDER** |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kamiliha Brewster ("Plaintiff") and Defendant Credit Control, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 31st day of March 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**MAURICE WUTSCHER LLP**

By: /s/ Eric Tsai
Eric Tsai, Esq.
71 Stevenson Street
Suite 400
San Francisco, CA 94105
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2017